# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Oscar A. Carranza-Contreras; and Francesca Carranza,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>Ally Financial Inc.; Repo Specialists LLC; Mario I Caesarist Burciaga; Express Auto Group LLC; Javier Caesarist Burciaga; Socorro Arzate; and Blancey Siganoff;<br><br>　　　　　　Defendants. | **ORDER GRANTING MOTION TO AMEND**<br><br>No. CV 18-00441-CKJ<br><br>(Assigned to Judge Cindy K. Jorgenson) |

Defendant Ally Financial Inc. having filed a Motion to Amend Answer to Assert Cross-Claim Against Repo Specialists LLC and Express Auto Group LLC, and good cause appearing for that Motion,

**IT IS HEREBY ORDERED** granting Ally's Motion; Ally may file its proposed Amended Complaint and Cross Claim.

**DATED** this _____ day of August, 2019.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Christine K. Jorgenson
　　　　　　　　　　　　　　　　　　　　United States District Court

PHOENIX 49572-169 585035v1

-1-